No. 82–1651. NIX, WARDEN OF THE IOWA STATE PENITENTIARY *v.* WILLIAMS. C. A. 8th Cir. [Certiorari granted, 461 U. S. 956.] Motion for appointment of counsel

granted, and it is ordered that Robert Bartels, Esquire, of Tempe, Ariz., be appointed to serve as counsel for respondent in this case.